

FILED

MAR 15 2011

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## Central District of California - Santa Ana
### 411 West Fourth St., Ste. # 2074, Santa Ana, CA 92701-4593

| | |
|---|---|
| **In re:**<br><br>**WESTERN SUPREME, INC., dba SUNNY CALIFORNIA POULTRY, dba UNITED FOOD COMPANY**<br><br><br>**Debtor(s)** | **Case No.:** 8:11-bk-10976 RK<br><br>**Adv. No.:** 8:11-01103 RK<br><br>ENTERED<br><br>MAR 15 2011<br><br>CLERK, U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>By: _____ Deputy Clerk |
| Western Supreme, Inc., a California Corporation,<br><br>**Plaintiffs**<br>**vs.**<br>PATRICIA JURADO an individual;<br><br>**Defendant(s)** | **\*\*AMENDED\*\***<br>**ORDER FOR STATUS CONFERENCE**<br><br><br>**Date: APRIL 19, 2011**<br>**Time: 1:30 P.M.**<br>**Courtroom:  5D** |

The above proceeding appears to be at issue.

It is **ORDERED** that the attorneys (or parties not represented by an attorney) appear before

Honorable Robert N. Kwan, Bankruptcy Judge, at Ronald Reagan Federal Bldg., 411 W Fourth St., Crtrm

5D, Santa Ana, CA 92701 APRIL 19, 2011 @ 1:30 P.M.  for a status conference.

All parties, or their attorneys, who have been served with this Order shall appear at the status conference.

**IF YOU, OR YOUR ATTORNEY, FAIL TO APPEAR AT THE STATUS CONFERENCE, JUDGMENT OR OTHER SUCH SANCTIONS MAY BE IMPOSED UPON YOU.**

DATED: MARCH 15, 2011

_____
ROBERT N. KWAN
BANKRUPTCY JUDGE

## CERTIFICATE OF MAILING

I hereby certify that copies of the above Order were mailed to the following parties on <u>3/15/2011</u>.

[Electronic mail service]

    United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

    Shawn A McMillan attyshawn@netscape.net

[Mail Service]

    **Western Supreme, Inc.**
    11412 Drysdale Lane
    Los Alamitos, Ca 90720

    Frank Fogarty
    11412 Drysdale Lane
    Los Alamitos, CA. 90720

    Ramin R. Younessi, Esq.
    Law Offices of Ramin R. Younessi, PLC
    Attorney for Defendant
    Patricia Jurado
    3455 Wilshire Blvd. Ste. 2200
    Los Angeles, Ca. 90010

*Susan Kent*

Susan Kent, Courtroom Deputy